# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Bankr. Case No.: 23-41334-btf7 |
| GARY PAUL WELLNER, | Chapter 7 |
| Debtor. | |
| | |
| GARY PAUL WELLNER, | Adv. Proc. No.: 24-04020-btf |
| Plaintiff, | |
| v. | |
| EARNEST OPERATIONS, LLC, and NAVIENT CORPORATION, | |
| Defendants. | |

## ORDER APPROVING STIPULATION IN SETTLEMENT OF ADVERSARY PROCEEDING BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC AND DISMISSING ADVERSARY PROCEEDING

This matter having come before the court upon the Stipulation in Settlement of Adversary Proceeding Between the Plaintiff, Gary Paul Wellner ("Plaintiff"), and Navient Solutions, LLC, on behalf of itself and named defendants Earnest Operations, LLC and Navient Corporation. Upon the Stipulation, it is hereby

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that the instant adversary proceeding is dismissed, subject to the terms of the Stipulation and this Order.

Dated: 1/29/2025

/s/ Brian T. Fenimore
HONORABLE BRIAN T. FENIMORE
UNITED STATES BANKRUPTCY JUDGE

**Submitted by:**

<u>/s/ Pamela B. Leonard</u>                              Dated: <u>1/3/25</u>
Cynthia M. Kern Woolverton, #47698, #47698MO
Eva Marie Kozeny, #40448, #40448MO
Adam G. Breeze, #60920, #60920MO
William R. Avery, #68985, #68985MO
James Eric Todd, #64199, #64199MO
Pamela B. Leonard, #37027, #37027MO
612 Spirit Drive St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com
Attorneys for Navient Solutions, LLC

**Approved as to form and content:**

<u>/s/ Ryan A. Blay</u>                              Dated: <u>1/3/25</u>
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
Attorney for Plaintiff